## Bradley, *libellant, vs.* Bradley.

This was a libel filed by the wife for divorce from bed and board on the ground of excessive cruelty in the husband. A record of his conviction for an *assault and battery* on the wife, was offered in evidence and objected to — but it appearing that the husband had *pleaded guilty* to that indictment, the record was admitted.